UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DARRIN LAPINE,

         Petitioner,

Case No. 2:03-CV-282

v.

Hon. Richard Alan Enslen

PAUL RENICO,

**FINAL ORDER**

         Respondent.

_____/

    In accordance with the Court's Opinion of this date;

    **IT IS HEREBY ORDERED** that Petitioner Darrin LaPine's Objections (Dkt. No. 79) are **DENIED**, the Report and Recommendation is **ADOPTED as supplemented by the Court's Opinion**, and the Petition (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all grounds asserted by Petitioner.

DATED in Kalamazoo, MI:
    January 12, 2006

        /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE